UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY REBECCA HARMON, | Case No.: 1:16-cv-00104 - JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Jenny Harmon seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  Here, the application Plaintiff provided is incomplete and the statements therein have not been made under the penalty of perjury.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, a complete application, signed under penalty of perjury.  Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is advised that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **February 1, 2016**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE