# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY REBECCA HARMON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-0104- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

On September 8, 2016, the parties filed a stipulation for a thirty-day extension of time for Plaintiff to serve her confidential letter brief. (Doc. 13)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by either party.  Pursuant to the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve her confidential letter brief upon Defendant no later than **October 8, 2016**.

IT IS SO ORDERED.

Dated:   **September 9, 2016**              **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE